IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW MERWARTH | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHAEL J. ASTRUE, | : | NO. 09-3589 |
| Commissioner of | : | |
| Social Security Administration | : | |

## O R D E R

AND NOW, this 23rd day of July, 2010, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review, Defendant's response thereto, and Plaintiff's reply, and after review of the Report and Recommendation of Chief United States Magistrate Judge Thomas J. Rueter and Plaintiff's Written Exceptions thereto, it is hereby O R D E R E D

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Judgment is entered affirming the decision of the Commissioner of the Social Security Administration and the relief sought by plaintiff is DENIED; and

3. The Clerk of Court is hereby directed to mark this case closed.

BY THE COURT:

/s/ Thomas N. O'Neill, Jr.
THOMAS N. O'NEILL, Jr., J.